**SKIBA LAW GROUP, PLC**
85 W. Combs Road, Suite 101-440
Queen Creek, Arizona 85140
T: (480) 420-4028  F: (480) 302-7844
Email: john@skibalaw.com
John N. Skiba, Esq. #022699
Counsel for the Debtor(s)

### IN THE UNITED STATES BANKRUPTCY COURT
### IN AND FOR DISTRICT OF ARIZONA

| In re: | Chapter 7 Proceedings |
|---|---|
| **Martin Edward Hussak,** | **Case No: 4:11-bk-33536-JMM** |
| Debtor(s). | **MOTION TO EXTEND DEADLINE TO FILE ALL REMAINING SCHEDULES AND STATEMENTS** |

Debtor Martin Hussak, through counsel, does hereby move this Court for an extension of the deadlines by which to file all remaining schedules and statements.

1. Debtor filed his chapter 7 bankruptcy on December 8, 2011. This bankruptcy was filed on an emergency basis due to an imminent trustee's sale on Debtor's home. As such Debtor has needed additional time to gather all necessary documentation to finalize his schedules and statements.
2. The 341 Meeting of Creditors is scheduled for January 6, 2012.
3. As such, Debtor requests an additional week, or no later than Friday, December 30, 2011 by which to file all remaining schedules and statements.

**DATED** this 22nd day of December, 2011.

                Skiba Law Group, PLC

                *John Skiba*
                Digitally signed by John Skiba
                DN: cn=John Skiba, o=Skiba Law Group, PLC, ou, email=john@skibalaw.com, c=US
                Date: 2011.12.22 22:27:14 -07'00'

                John Skiba, Esq.
                Counsel for the Debtor

1 | **ORIGINAL** of the foregoing filed ECF on this 22nd day of December, 2011 with:

2 | The United States Bankruptcy Court
    230 N. First Avenue
3 | Phoenix, AZ 85003

4 | COPIES of the foregoing sent via US Postal Service on the 22nd day of December, 2011 to:

5 | Gayle Mills, Chapter 7 Trustee
    P.O. Box 36317
6 | Tucson, Arizona 85740

7 | /s/ John Skiba
    Digitally signed by John Skiba
    DN: cn=John Skiba, o=Skiba Law Group, PLC, ou,
    email=john@skibalaw.com, c=US
    Date: 2011.12.22 22:27:27 -07'00'
    By:_____