| | |
|---|---|
| 1 | **SKIBA LAW GROUP, PLC** |
| 2 | 85 W. Combs Road, Suite 101-440 |
|   | Queen Creek, Arizona 85140 |
| 3 | T: (480) 420-4028  F: (480) 302-7844 |
|   | Email: john@skibalaw.com |
| 4 | John N. Skiba, Esq. #022699 |
|   | Counsel for the Debtor(s) |

**IN THE UNITED STATES BANKRUPTCY COURT**
**IN AND FOR DISTRICT OF ARIZONA**

| In re: | Chapter 7 Proceedings |
|---|---|
| **Martin Edward Hussak,** | **Case No: 4:11-bk-33536-JMM** |
| Debtor(s). | **NOTICE OF LODGING PROPOSED ORDER** |

Notice is hereby given of the lodging of a proposed order granting Debtor's motion for an extension of time by which to submit the remaining schedules and statements. A true and accurate copy of the Order is attached as Exhibit A.

**DATED** this 22nd day of December, 2011.

                                  Skiba Law Group, PLC

                                  *John Skiba* (Digitally signed by John Skiba, DN: cn=John Skiba, o=Skiba Law Group, PLC, ou, email=john@skibalaw.com, c=US, Date: 2011.12.22 22:28:14 -07'00')

                                  John Skiba, Esq.
                                  Counsel for the Debtor

1 | **ORIGINAL** of the foregoing filed ECF on this 22nd day of December, 2011 with:

2 | The United States Bankruptcy Court
230 N. First Avenue
3 | Phoenix, AZ 85003

4 | COPIES of the foregoing sent via US Postal Service on the 22nd day of December, 2011 to:

5 | Gayle Mills, Chapter 7 Trustee
P.O. Box 36317
6 | Tucson, Arizona 85740

7 | By: /s/ John Skiba
Digitally signed by John Skiba
DN: cn=John Skiba, o=Skiba Law Group, PLC, ou, email=john@skibalaw.com, c=US
Date: 2011.12.22 22:28:27 -07'00'